

**Cheryl Meyers Buth**
Attorney/Member
cmbuth@mblg.us

**Laurie A. Baker**
Attorney/Member
labaker@mblg.us

**Patrick J. Maloney**
Of Counsel
pjmaloney@mblg.us

June 30, 2021

**Via CM/ECF**

Hon. John L. Sinatra Jr.
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

    Re:    McDay v. Lewalski, *et al.*
            20-cv-233 (WDNY)

Dear Judge Sinatra:

    On behalf of the attorneys who represent all correctional officer defendants, we are respectfully requesting an additional 30 days to file objections to Magistrate Judge McCarthy's Report and Recommendation. Currently, objections are due next Thursday, July 8, 2021. We contacted the plaintiff's attorneys this morning and have their consent to an extension of two (2) business days to July 12, 2021.

    Additional time is necessary so that we can meet with our clients to review the Report and Recommendation which is especially difficult considering the upcoming holiday weekend and everyone's work schedule. It would also give us an opportunity to more fully consider the court's analysis and help us narrow the issues as the case moves forward. Considering the number of attorneys in this case, we believe a 30-day extension of the deadline is brief and reasonable.

                                                  Sincerely,

                                                  CHERYL MEYERS BUTH

21 Princeton Place • Orchard Park, NY 14127 • o. 716.508.8598 • www.meyersbuthlaw.group

CMB/jdc
cc:	Katherine R. Rosenfeld, Esq.
	Marissa Benavides, Esq.
	David J. Sleight, Esq.
	Joseph M. LaTona, Esq.
	Eric M. Soehnlein, Esq.
	Daniel J. Henry, Jr., Esq.
	Brian M. Melber, Esq.
	Rodney O. Personius, Esq.
	Scott R. Hapeman, Esq.
	Barry N. Covert, Esq.
	Patrick J. Mackey, Esq.