UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DARLENE McDAY, individually and as Executrix
of the Estate of DANTE TAYLOR, and TEMPLE
McDAY

                                           Plaintiffs,                **NOTICE OF MOTION**

                                                                                    **20-CV-00233**

vs.

SERGEANT TIMOTHY LEWALSKI, et al.

                                           Defendants.
_____

      PLEASE TAKE NOTICE that upon the annexed Declaration of Laurie A. Baker, Esq., Defendant Sergeant Timothy Lewalski will move this Court at a date and time to be set by the Court for an order to quash a subpoena seeking all documents for claims for worker's compensation benefits from the New York State Worker's Compensation Board; all documents concerning disability benefits, including disability retirement benefits document submitted to or received from the New York State and Local Retirement System, regarding Sergeant Timothy Lewalski.

Dated: January 17, 2024
         Orchard Park, New York

                                                MEYERS BUTH LAW GROUP, PLLC
                                                *Attorneys for Defendant Timothy Lewalski*

                                                 By: /s/ Laurie A. Baker
                                                      Laurie A. Baker, Esq.
                                                      Cheryl Meyers Buth, Esq.
                                                      21 Princeton Place, Suite 105
                                                      Orchard Park, New York  14127
                                                      (716) 508-8598
                                                      labaker@mblg.us

TO: Katherine R. Rosenfeld, Esq.
Emery Celli Brinckerhoff & Abady, LLP
*Attorneys for Plaintiffs*
600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000


CC: David J. Sleight, Esq.
Office of the Attorney General
*Attorney for Stewart Eckert, Margaret Stirk, Kristen Muratore,*
*Sgt. Scott Lambert, C.O. Freeman, C.O. Mark Collett,*
*C.O. Greighton, C.O. Theal, C.O. Baron, Jill Olivieri,*
*Diane Dirienzo, Lisa Prishel, Debra Stubeusz,*
*Anjum Haque, Bertram Barall, Kelly Konesky,*
*and Dana Mancini,*
Main Place Tower – Suite 300A
350 Main Street
Buffalo, New York 14202

Joseph M. LaTona, Esq.
*Attorney for C.O. McDonald*
403 Main Street – Suite 716
Buffalo, New York 14203

Eric M. Soehnlein, Esq.
*Attorneys for C.O. Thomas White*
2100 Main Place Tower
350 Main Street
Buffalo, New York 14202

Daniel J. Henry, Jr., Esq.
Villarini & Henry, L.L.P.
*Attorneys for C.O. J. Horbett*
16 Main Street
Hamburg, New York 14075

Brian M. Melber, Esq.
Scott R. Hapeman, Esq.
Personius Melber LLP
*Attorneys for C.O. D. Janis*
2100 Main Place Tower
350 Main Street
Buffalo, New York 14202

Diane M. Perri Roberts, Esq.
Barry N. Covert, Esq.
Lipsitz Green Scime Cambria LLP
*Attorneys for C.O. Melvin Maldonado*
42 Delaware Avenue – Suite 120
Buffalo, New York 14202