UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DARLENE MCDAY, et al.,

Plaintiff,

v.

STEWART ECKERT, et al.,

Defendants.

NOTICE OF MOTION

Civ. No. 20-cv-00233

PLEASE TAKE NOTICE that, upon the annexed Declaration of Eric M. Soehnlein, Esq., dated October 5, 2026, and all prior pleadings and proceedings had herein, Defendants, by and through the undersigned, will move this Court before the Honorable Jeremiah J. McCarthy, United States Magistrate Judge, at the Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York 14202, at a date and time to be set by the Court, for an Order pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure extending by seven (7) days, from October 6, 2026 to October 13, 2026, the deadline for Defendants to submit their confidential settlement statements in advance of the settlement conference scheduled for October 20, 2026, and granting such other and further relief as the Court deems just and proper.

We have conferred with Plaintiff's counsel prior to the filing of this request. Plaintiff does not oppose the extension.

PLEASE TAKE FURTHER NOTICE that this motion is made on behalf of all Defendants. Defendants respectfully request that the motion be decided on the papers without oral argument.

Dated: Buffalo, New York
October 5, 2026

/s/Eric M. Soehnlein
Eric M. Soehnlein, Esq.
SOEHNLEIN LAW PLLC
135 Delaware Avenue, Suite 406
Buffalo, New York 14202
Attorney for Defendant
OFFICER THOMAS WHITE

TO: All Counsel of Record (via CM/ECF)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DARLENE MCDAY, et al.,

Plaintiff,

v.

STEWART ECKERT, et al.,

Defendants.

Civ. No. 20-cv-00233

**DECLARATION OF ERIC M. SOEHNLEIN, ESQ. IN SUPPORT OF MOTION FOR EXTENSION OF TIME**

ERIC M. SOEHNLEIN, ESQ., pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an attorney duly admitted to practice before this Court and am the principal of Soehnlein Law PLLC, attorneys for Defendant Officer Thomas White in the above-captioned action. I am familiar with the facts and circumstances set forth herein.

2. I submit this declaration, on behalf of all Defendants, in support of Defendants' motion pursuant to Fed. R. Civ. P. 6(b)(1)(A) for a seven (7) day extension, from October 6, 2026 to October 13, 2026, of the deadline for Defendants to submit their confidential settlement statements to the Court.

3. By text order, the Court scheduled a settlement conference in this matter for October 20, 2026 and directed that the parties' confidential settlement submissions and related materials be provided to the Court by October 6, 2026. Docket Item 421.

4. Defendants have requested settlement authority from the New York State Department of Corrections and Community Supervision ("DOCCS") in advance of the settlement conference.

5. As of the date of this declaration, Defendants have not received a response from DOCCS to that request. Through the Office of the Attorney General, counsel to co-defendants, Defendants have been following up regarding the status of their request. Defendants are hopeful they will receive a meaningful response from DOCCS in the near future.

6. Without a determination as to settlement authority, Defendants are unable to provide the Court with a meaningful and complete confidential settlement statement addressing their settlement position. Defendants wish to provide the Court with a submission that will be of genuine assistance in preparing for, and conducting, a productive settlement conference.

7. The requested seven-day extension will afford DOCCS additional time to respond to the request for settlement authority, while still permitting the Court to receive Defendants' submissions a full week before the October 20, 2026 settlement conference. The requested extension will not require adjournment of the settlement conference or affect any other deadline in this action.

8. Undersigned has conferred with Plaintiff's counsel. Plaintiff's counsel does not oppose this request.

WHEREFORE, for the foregoing reasons, Defendants respectfully request that the Court grant their motion and extend the deadline for Defendants to submit their confidential settlement statements to October 13, 2026, together with such other and further relief as the Court deems just and proper.

Executed: Buffalo, New York
October 5, 2026

/s/Eric M. Soehnlein
Eric M. Soehnlein, Esq.